AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Omega Funding Solutions LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:23-cv-08975-SHS |
| Reifman Law Firm P.L.L.C. and Steven W. Reifman ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___03/14/2024___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 6/27/2024

CLERK OF COURT

*K. Mango*
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMEGA FUNDING SOLUTIONS LLC,

    Plaintiff,

v.

REIFMAN LAW FIRM P.L.L.C. and STEVEN WILLIAM REIFMAN,

    Defendants.

Case No. 1:23-cv-08975-SHS

[PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANTS

---

This action having been commenced on October 12, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendants on October 26, 2023 and a proof of service having been filed on November 1, 2023 and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, ~~it is~~ *and plt having moved on notice for a default judgment with supporting affidavits and a memo of law, and the Clerk of Court having issued a Clerk's Certificate of Default, and no one appearing for defs in courtroom 23A on March 14, 2024 at 11:30AM, it is hereby*

ORDERED, ADJUDGED AND DECREED:

(1) That judgment is hereby entered against the Defendants Reifman Law Firm P.L.L.C. and Steven William Reifman, jointly and severally, in the amount of $161,878.81, together with pre-judgment interest at a rate of 9% to accrue beginning August 1, 2023 through the date of this judgment; AND

(2) That additional judgment is hereby entered Defendant Reifman Law Firm P.L.L.C. for $22,334.66 in attorneys' costs and fees.

Dated: March 14, 2024

                                              /s/ Sidney H. Stein
                                              SIDNEY H. STEIN
                                              United States District Judge

**A CERTIFIED COPY
DANIEL ORTIZ, ACTING CLERK**

BY _K. Mango 6/27/24_
      Deputy Clerk

A CERTIFIED COPY
DANIEL ORTIZ, ACTING CLERK

BY _____
Deputy Clerk